# EXHIBIT D
## REMITTITUR