LAWRENCE G. WASDEN
Attorney General
State of Idaho

MARK A. KUBINSKI
Deputy Attorney General
Chief, Criminal Law Division

MARK W. OLSON, ISB #7555
Deputy Attorney General
Email: mark.olson@ag.idaho.gov
L. LaMONT ANDERSON, ISB #3687
Chief, Capital Litigation Unit
Criminal Law Division
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 332-3099
Facsimile: (208) 854-8074

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELDON GALE SAMUEL, III, ) | |
| ) | CASE NO. 2:20-cv-00545-REP |
| Petitioner, ) | |
| ) | |
| vs. ) | NOTICE OF LODGING |
| ) | |
| TEREMA CARLIN, Warden of the Idaho ) | |
| Correctional Institution – Orofino, ) | |
| ) | |
| Respondent. ) | |

COMES NOW, Respondent, Terema Carlin, Warden of the Idaho Correctional Institution - Orofino, by and through his attorney, Mark W. Olson, Deputy Attorney General, Capital Litigation Unit, and hereby lodges state court records pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 Cases. All state court documents remain available for inspection upon the

NOTICE OF LODGING STATE COURT RECORDS - 1

request of the Court. Respondent reserves the right to augment the record if the need arises during the course of these proceedings.

The following records and documents are hereby submitted to the Court:

**A.** **State District Court Records (Trial),** *State of Idaho v. Eldon Gale Samuel, III,* **Kootenai County District Court Case No. CR-2014-5178, Idaho Supreme Court Docket No. 44182**

1. ICourt Portal Entry, State of Idaho v. Eldon Gale Samuel, III, Kootenai County District Court Case No. CR-2014-5178, Accessed October 12, 2021 (155 pages).

2. Clerk's Record on Appeal, State of Idaho v. Eldon Gale Samuel, III, Kootenai County District Court Case No. CR-2014-5178, Idaho Supreme Court Docket No. 44182 (6,375 pages).

3. State's Trial Exhibit 6A (video of interview); State of Idaho v. Eldon Gale Samuel, III; admitted into evidence at trial at State's lodging A-9, p.1014; Kootenai County District Court Case No. CR-2014-5178.

4. State's Trial Exhibit 6B (written *Miranda* warning); State of Idaho v. Eldon Gale Samuel, III; admitted into evidence at trial at State's lodging A-9, p.1014; Kootenai County District Court Case No. CR-2014-5178 (1 page).

5. State's Trial Exhibit 6C (transcript of interview); State of Idaho v. Eldon Gale Samuel, III; admitted into evidence at trial at State's lodging A-9, p.1014; Kootenai County District Court Case No. CR-2014-5178, Idaho Supreme Court Docket No. 44182 (193 pages).

6. Reporter's transcript of pretrial hearing on motion to suppress and motion in limine, Vol. I, State of Idaho v. Eldon Gale Samuel, III, Kootenai County District Court Case No. CR-2014-5178, Idaho Supreme Court Docket No. 44182; January 20, 2015 (pages 1-257).

7. Reporter's transcript of pretrial hearing on motion to suppress and motion in limine, Vol. II, State of Idaho v. Eldon Gale Samuel, III, Kootenai County District Court Case No. CR-2014-5178, Idaho Supreme Court Docket No. 44182; January 21, 2015 (pages 258-475).

8. Reporter's transcript of various pre-trial hearings, jury trial, and sentencing hearing, Vol. I (motion hearings and days 1 and 2 of jury trial), State of Idaho v. Eldon Gale Samuel, III, Kootenai County District Court Case No. CR-2014-5178, Idaho Supreme Court Docket No. 44182; April 15, 2015; July 15, 2015; July 29, 2015; August 25, 2015; September 30, 2015; October 5, 2015; November 16, 2015; January 11-12, 2016 (pages 1-600) (index excluded).

9. Reporter's transcript of various pre-trial hearings, jury trial, and sentencing hearing, Vol. II (days 3, 4, and 5 of jury trial), State of Idaho v. Eldon Gale Samuel, III, Kootenai County District Court Case No. CR-2014-5178, Idaho Supreme Court Docket No. 44182; January 13-15, 2016 (pages 601-1096) (index excluded).

10. Reporter's transcript of various pre-trial hearings, jury trial, and sentencing hearing, Vol. III (days 6, 7 and 8 of jury trial), State of Idaho v. Eldon Gale Samuel, III, Kootenai County District Court Case No. CR-2014-5178, Idaho Supreme Court Docket No. 44182; January 19-21, 2016 (pages 1097-1642) (index excluded).

11. Reporter's transcript of various pre-trial hearings, jury trial, and sentencing hearing, Vol. IV (days 9, 10, and 11 of jury trial), State of Idaho v. Eldon Gale Samuel, III, Kootenai County District Court Case No. CR-2014-5178, Idaho Supreme Court Docket No. 44182; January 22, 25-26, 2016 (pages 1643-2224) (index excluded).

12. Reporter's transcript of various pre-trial hearings, jury trial, and sentencing hearing, Vol. V (days 12, 13, and 14 of jury trial and post-trial scheduling conference), State of

<u>Idaho v. Eldon Gale Samuel, III</u>, Kootenai County District Court Case No. CR-2014-5178, Idaho Supreme Court Docket No. 44182; January 27-29, February 18, April 4, 2016. (pages 2225-2696) (index excluded).

13. Reporter's transcript of various pre-trial hearings, jury trial, and sentencing hearing, Vol. VI (sentencing hearing), <u>State of Idaho v. Eldon Gale Samuel, III</u>, Kootenai County District Court Case No. CR-2014-5178, Idaho Supreme Court Docket No. 44182; April 4, 2016 (pages 2697-2914) (index excluded).

B. **State District Court Records (Direct Appeal),** *State of Idaho v. Eldon Gale Samuel, III***, Idaho Supreme Court Docket No. 44182**

1. Revised Appellant's Brief, <u>State of Idaho v. Eldon Gale Samuel, III</u>, Idaho Supreme Court Docket No. 44182; dated July 17, 2018 (95 pages).

2. Respondent's Brief, <u>State of Idaho v. Eldon Gale Samuel, III</u>, Idaho Supreme Court Docket No. 44182; dated December 12, 2018 (103 pages).

3. Reply Brief, <u>State of Idaho v. Eldon Gale Samuel, III</u>, Idaho Supreme Court Docket No. 44182; dated March 5, 2019 (72 pages).

4. 2019 Idaho Supreme Court Opinion, <u>State of Idaho v. Eldon Gale Samuel, III</u>, Idaho Supreme Court Docket No. 44182; entered September 11, 2019 (45 pages).

5. Appellant's Petition for Rehearing <u>State of Idaho v. Eldon Gale Samuel, III</u>, Idaho Supreme Court Docket No. 44182; dated October 2, 2019 (2 pages).

6. Appellant's Brief in Support of Petition for Rehearing, <u>State of Idaho v. Eldon Gale Samuel, III</u>, Idaho Supreme Court Docket No. 44182; dated November 13, 2019 (36 pages).

7. Idaho Supreme Court Order Denying Petition for Review, <u>State of Idaho v. Eldon Gale Samuel, III</u>, Idaho Supreme Court Docket No. 42923; entered December 5, 2019 (1 page).

8.      Remittitur, <u>State of Idaho v. Eldon Gale Samuel, III</u>, Idaho Supreme Court Docket No. 42923; entered December 5, 2019 (1 page).

DATED this 15th day of October, 2021.

/s/ *Mark W. Olson*
MARK W. OLSON
Deputy Attorney General
Capital Litigation Unit

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on or about the 15th day of October, 2021, I served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | |
|---|---|
| Craig Durham<br>Ferguson Durham, PLLC<br>223 N. 6th Street, Suite 325<br>Boise, ID 83702<br>Email: chd@fergusondurham.com | ____ U.S. Mail<br>____ Hand Delivery<br>____ Overnight Mail<br>____ Facsimile<br><br>__X__ Electronic Court Filing |

/s/ *Mark W. Olson*
MARK W. OLSON
Deputy Attorney General
Capital Litigation Unit

*NOTICE OF LODGING STATE COURT RECORDS* - 5