UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| ELDON GALE SAMUEL, III,<br><br>Petitioner,<br><br>v.<br><br>TEREMA CARLIN,<br><br>Respondent. | Case No. 2:20-cv-00545-REP<br><br>**ORDER** |

**IT IS ORDERED** that all pending motions for extensions of time (Dkt. 9, 10, and 13) are GRANTED.

DATED:  December 1, 2021

Honorable Raymond E. Patricco
United States Magistrate Judge