# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELDON GALE SAMUEL, III,<br><br>                  Petitioner,<br><br>     v.<br><br>TEREMA CARLIN,<br><br>                  Respondent. | Case No. 2:20-cv-00545-REP<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed on this date, IT IS ORDERED, ADJUDGED, and DECREED that the Petition for Writ of Habeas Corpus is DENIED, and judgment is entered in favor of Respondent. In addition, this case is hereby ordered closed.

DATED:  May 24, 2023

_____

Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge