Eldon Gale Samuel III, #118780
*(full name/prisoner number)*
ICI-O
381 West Hospital Drive
Orofino, ID 83544
*(complete mailing address)*
Plaintiff/Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELDON GALE SAMUEL, III,<br>_____,<br>*(full name)*<br>    Plaintiff/Petitioner,<br><br>v.<br><br>TEREMA CARLIN,<br>_____<br>_____<br>_____<br><br>    Defendant/Respondent.<br><br>*(if you need additional space, use a blank page for a continuation page)* | Case No. 2:20-CV-545-REP<br>*(to be assigned by Court)*<br><br><br>**PRISONER APPLICATION TO<br>PROCEED IN FORMA PAUPERIS** |

   By completing this Application, I am requesting in forma pauperis status rather than paying the filing fee at the time of filing. I understand that, if my request is granted in a civil rights case, my fee will not be waived, but I will be responsible to pay the entire fee from my prison trust account in increments, when and as I am able to do so. If my request is granted in a habeas corpus case, the fee will be waived.

1. Are you employed? Yes ◯ No ● . If employed, please state your job title and the total amount of wages you make per month.

  _____ $_____ per month
  Job Title

2. Within the past six (6) months, have you received any money from any of the following sources?
  a. Business, or other form of self-employment?  Yes ◯ No ●
  b. Rent payments, interest or dividends?     Yes ◯ No ●

**PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS - 1**   *(Rev. 10/24/2011)*

|   |   |   |   |
|---|---|---|---|
| c. | Pensions, annuities, or life insurance payments? | Yes ○ | No ● |
| d. | Welfare, social security, or disability benefits? | Yes ○ | No ● |
| e | Gifts or inheritances? | Yes ○ | No ● |
| f. | Friends or family? | Yes ● | No ○ |
| g. | Any other sources? _____ | Yes ○ | No ● |

(identify source)

3. If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past six (6) months.

   $10-$50 around 2 separate forms of payment each month from my grandmother and a friend.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property?

   Yes ○   No ●. If the answer is "yes," describe the property and state its approximate value.

   _____
   _____

5. List the persons who are dependent upon your support, state your relationship to those persons, and indicate how much you contribute or are obligated to contribute, toward their support.

   | Person | Relationship | Due Each Month |
   |---|---|---|
   | _____ | _____ | $_____ |
   | _____ | _____ | $_____ |

6. I have attached a Prison Trust Account Statement to this Form. Yes ●   No ○.

I declare under penalty of perjury that the foregoing is true and correct.

   Executed on this 7th day of June, 2023.

   Eldon Gale Samuel III
   Plaintiff/Petitioner

*Notes: You do not need to send a copy of this document to Defendant/Respondent. This Application must be accompanied by a Prison Trust Account Statement. This Application takes the place of an in forma pauperis motion and affidavit. Notarization is not necessary because the Application is signed under penalty of perjury.*

### Offender Information

| | | | |
|---|---|---|---|
| Offender Number: 0118780 | Institution: IO | Living Unit: B2 | Primary Balance: $53.42 |
| Offender Name: SAMUEL, ELDON GALE | Housing Facility: B2 | Cell: 19 | Available Balance: $53.42 |
| Account Status: Open | Tier: B | Bed: B | |

### Primary Trust Transactions

| Date | Transaction Type | Payer / Paid To | Ref / Voucher Number | Deposit | Expense | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 01/07/2023 | | | | | | $8.01 | |
| 01/07/2023 05:40:07 AM | Keefe | Alaina Biggs | 22463851R | $48.00 | | $56.01 | DOC |
| 01/10/2023 09:31:20 PM | Commissary Sale | Commissary Sales | | | ($6.60) | $49.41 | IO |
| 01/21/2023 05:40:05 AM | Keefe | Lula Chaplin | 22485077R | $50.00 | | $99.41 | DOC |
| 02/01/2023 10:29:09 AM | IM Draw Slips | ERHBC | 231897 | | ($49.41) | $50.00 | IO |
| 02/01/2023 10:38:25 AM | IM Draw Slips | JUSTIN BYERNS | 231869 | | ($50.00) | $0.00 | IO |
| 02/03/2023 05:40:05 AM | Keefe | Alaina Biggs | 22505869R | $50.00 | | $50.00 | DOC |
| 02/06/2023 03:30:04 AM | Kiosk Request | JPay Inc. | | | ($2.00) | $48.00 | DOC |
| 02/06/2023 03:30:04 AM | Admin Fee | Advanced Technologies Group, LLC | | | ($0.10) | $47.90 | DOC |
| 02/07/2023 09:31:24 PM | Commissary Sale | Commissary Sales | | | ($24.29) | $23.61 | IO |
| 02/14/2023 10:20:10 AM | Phone Credits | IC Solutions | | | ($1.62) | $21.99 | DOC |
| 02/14/2023 09:31:31 PM | Commissary Sale | Commissary Sales | | | ($14.50) | $7.49 | IO |
| 02/15/2023 05:40:06 AM | Keefe | Lula Chaplin | 22527280R | $50.00 | | $57.49 | DOC |
| 02/28/2023 09:32:26 PM | Commissary Sale | Commissary Sales | | | ($9.83) | $47.66 | IO |
| 03/04/2023 05:07:50 PM | Phone Credits | IC Solutions | | | ($2.71) | $44.95 | DOC |
| 03/07/2023 05:40:08 AM | Keefe | Alaina Biggs | 22564211R | $25.00 | | $69.95 | DOC |
| 03/07/2023 09:32:26 PM | Commissary Sale | Commissary Sales | | | ($16.02) | $53.93 | IO |
| 03/10/2023 05:40:09 AM | Keefe | Lula Chaplin | 22569584R | $50.00 | | $103.93 | DOC |
| 03/14/2023 09:31:08 PM | Commissary Sale | Commissary Sales | | | ($28.75) | $75.18 | IO |
| 03/18/2023 09:54:17 AM | Phone Credits | IC Solutions | | | ($3.25) | $71.93 | DOC |
| 03/24/2023 03:30:09 AM | Kiosk Request | JPay Inc. | | | ($3.00) | $68.93 | DOC |
| 03/24/2023 03:30:09 AM | Admin Fee | Advanced Technologies Group, LLC | | | ($0.15) | $68.78 | DOC |
| 03/25/2023 03:30:06 AM | Kiosk Request | JPay Inc. | | | ($0.50) | $68.28 | DOC |
| 03/25/2023 03:30:06 AM | Admin Fee | Advanced Technologies Group, LLC | | | ($0.02) | $68.26 | DOC |
| 03/25/2023 03:48:37 PM | Phone Credits | IC Solutions | | | ($2.17) | $66.09 | DOC |
| 03/25/2023 04:19:44 PM | Phone Credits | IC Solutions | | | ($3.25) | $62.84 | DOC |
| 03/28/2023 12:57:34 PM | Phone Credits | IC Solutions | | | ($2.71) | $60.13 | DOC |
| 03/28/2023 06:10:58 PM | Phone Credits | IC Solutions | | | ($2.92) | $57.21 | DOC |
| 03/28/2023 09:31:43 PM | Commissary Sale | Commissary Sales | | | ($1.46) | $55.75 | IO |
| 04/03/2023 03:58:34 PM | Phone Credits | IC Solutions | | | ($3.16) | $52.59 | DOC |
| 04/04/2023 03:30:06 AM | Kiosk Request | JPay Inc. | | | ($5.00) | $47.59 | DOC |

**Primary Trust Transactions**

| Date | Transaction Type | Payer / Paid To | Ref / Voucher Number | Deposit | Expense | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 04/04/2023 03:30:06 AM | Admin Fee | Advanced Technologies Group, LLC | | | ($0.25) | $47.34 | DOC |
| 04/04/2023 09:32:09 PM | Commissary Sale | Commissary Sales | | | ($7.24) | $40.10 | IO |
| 04/06/2023 09:59:52 AM | Postage Payable | US Postal Service | 232279 | | ($1.26) | $38.84 | IO |
| 04/07/2023 05:40:05 AM | Keefe | Alaina Biggs | 22617632R | $50.00 | | $88.84 | DOC |
| 04/08/2023 12:02:51 PM | Phone Credits | IC Solutions | | | ($0.21) | $88.63 | DOC |
| 04/08/2023 04:03:08 PM | Phone Credits | IC Solutions | | | ($3.16) | $85.47 | DOC |
| 04/11/2023 09:32:04 PM | Commissary Sale | Commissary Sales | | | ($44.44) | $41.03 | IO |
| 04/15/2023 11:34:38 AM | Phone Credits | IC Solutions | | | ($0.11) | $40.92 | DOC |
| 04/15/2023 05:15:46 PM | Phone Credits | IC Solutions | | | ($3.16) | $37.76 | DOC |
| 04/16/2023 12:35:49 PM | Phone Credits | IC Solutions | | | ($3.16) | $34.60 | DOC |
| 04/17/2023 12:05:44 PM | Phone Credits | IC Solutions | | | ($2.00) | $32.60 | DOC |
| 04/22/2023 09:58:17 AM | Phone Credits | IC Solutions | | | ($3.16) | $29.44 | DOC |
| 04/23/2023 09:40:01 AM | Phone Credits | IC Solutions | | | ($3.16) | $26.28 | DOC |
| 04/25/2023 05:54:20 PM | Phone Credits | IC Solutions | | | ($0.32) | $25.96 | DOC |
| 04/25/2023 06:10:21 PM | Phone Credits | IC Solutions | | | ($1.58) | $24.38 | DOC |
| 04/26/2023 04:45:59 PM | Phone Credits | IC Solutions | | | ($3.16) | $21.22 | DOC |
| 04/28/2023 05:40:11 AM | Keefe | Alaina Biggs | 22651708R | $50.00 | | $71.22 | DOC |
| 04/30/2023 12:30:22 PM | Phone Credits | IC Solutions | | | ($3.16) | $68.06 | DOC |
| 05/02/2023 09:33:01 PM | Commissary Sale | Commissary Sales | | | ($3.25) | $64.81 | IO |
| 05/02/2023 09:33:01 PM | Commissary Sale | Commissary Sales | | | ($27.88) | $36.93 | IO |
| 05/06/2023 06:14:26 PM | Phone Credits | IC Solutions | | | ($1.90) | $35.03 | DOC |
| 05/06/2023 06:31:04 PM | Phone Credits | IC Solutions | | | ($1.58) | $33.45 | DOC |
| 05/08/2023 11:23:39 AM | Phone Credits | IC Solutions | | | ($3.16) | $30.29 | DOC |
| 05/09/2023 06:28:58 PM | Phone Credits | IC Solutions | | | ($3.16) | $27.13 | DOC |
| 05/09/2023 09:31:28 PM | Commissary Sale | Commissary Sales | | | ($0.95) | $26.18 | IO |
| 05/11/2023 10:31:15 AM | Postage Payable | US Postal Service | 232391 | | ($1.26) | $24.92 | IO |
| 05/13/2023 09:52:53 AM | Phone Credits | IC Solutions | | | ($1.58) | $23.34 | DOC |
| 05/14/2023 11:14:16 AM | Phone Credits | IC Solutions | | | ($3.16) | $20.18 | DOC |
| 05/14/2023 11:46:36 AM | Phone Credits | IC Solutions | | | ($3.16) | $17.02 | DOC |
| 05/15/2023 05:40:06 AM | Keefe | Alaina Biggs | 22682182R | $40.00 | | $57.02 | DOC |
| 05/16/2023 05:40:05 AM | Keefe | Lula Chaplin | 22683524R | $50.00 | | $107.02 | DOC |
| 05/20/2023 09:46:36 AM | Phone Credits | IC Solutions | | | ($3.16) | $103.86 | DOC |
| 05/22/2023 10:47:57 AM | Postage Payable | US Postal Service | 232411 | | ($4.14) | $99.72 | IO |
| 05/25/2023 06:40:02 PM | Phone Credits | IC Solutions | | | ($0.32) | $99.40 | DOC |
| 05/26/2023 03:55:50 PM | Phone Credits | IC Solutions | | | ($3.16) | $96.24 | DOC |
| 05/26/2023 04:11:33 PM | Phone Credits | IC Solutions | | | ($1.16) | $95.08 | DOC |

## Primary Trust Transactions

| Date | Transaction Type | Payer / Paid To | Ref / Voucher Number | Deposit | Expense | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 05/31/2023 09:32:26 PM | Commissary Sale | Commissary Sales | | | ($36.62) | $58.46 | IO |
| 06/02/2023 05:40:06 AM | Keefe | Alaina Biggs | 22710360R | $10.00 | | $68.46 | DOC |
| 06/02/2023 03:34:19 PM | Phone Credits | IC Solutions | | | ($1.16) | $67.30 | DOC |
| 06/03/2023 04:45:09 PM | Phone Credits | IC Solutions | | | ($3.16) | $64.14 | DOC |
| 06/04/2023 10:41:27 AM | Phone Credits | IC Solutions | | | ($3.16) | $60.98 | DOC |
| 06/04/2023 11:12:11 AM | Phone Credits | IC Solutions | | | ($3.16) | $57.82 | DOC |
| 06/06/2023 09:32:32 PM | Commissary Sale | Commissary Sales | | | ($4.40) | $53.42 | IO |
| 06/07/2023 | | | | $473.00 | ($427.59) | $53.42 | |

## Interest Bearing Savings

| Date | | | | Deposit | Expense | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 01/07/2023 No Activity | | | | | | $0.00 | |
| 06/07/2023 | | | | $0.00 | $0.00 | $0.00 | |

## Savings

| Date | | | | Deposit | Expense | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 01/07/2023 No Activity | | | | | | $0.00 | |
| 06/07/2023 | | | | $0.00 | $0.00 | $0.00 | |

I HEREBY CERTIFY THAT THESE RECORDS ARE TRUE AND CORRECT COPIES OF OFFICIAL RECORDS OR REPORTS OR ENTRIES THEREIN OF THE IDAHO DEPARTMENT OF CORRECTION.

Dated: June 7 2023
Signature: [signature]